OPINION — AG — ** FIRE PROTECTION DISTRICT — ELECTION ** IN THE EVENT THERE IS A VACANCY ON THE BOARD OF DIRECTORS OF A FIRE PROTECTION DISTRICT AND NO ONE FILES FOR ELECTION TO THE POSITION, THE REMAINING TWO DIRECTORS HAVE THE AUTHORITY, BY VIRTUE OF 19 O.S. 901.5 [19-901.5], TO APPOINT THE THIRD DIRECTOR FOR THE UNEXPIRED TERM, AT THE TIME THE VACANCY OCCURS. (COUNTIES AND COUNTY OFFICERS, VACANCIES QUALIFICATIONS, COUNTY COMMISSIONERS) CITE: 19 O.S. 901.7 [19-901.7] (MICHAEL C. CONAWAY)